432

97 A.3d 1200

SOUTH OF SOUTH STREET NEIGHBORHOOD ASSO-
CIATION, Kevin Broad, Patrick Borkowski, Nicole
Flaquer and Wei Jing Lei, Appellants

v.

PHILADELPHIA ZONING BOARD OF ADJUSTMENT, The
City of Philadelphia and Dung Phat LLC, Appellees.

Supreme Court of Pennsylvania.

Argued March 11, 2014.

Decided Aug. 18, 2014.

Lee Applebaum, Esq., S. David Fineman, Esq., Joshua Brad Horvitz, Esq., Gary A. Krimstock, Esq., Fineman Krekstein & Harris, P.C., Philadelphia, for South of South Street Neighborhood Association, Kevin Broad, Patrick Borkowski, Nicole Flaquer and Wei Jing Lei.

Joseph Beller, Esq., Meghan Katherine Finnerty, Esq., Offit Kurman, P.A., Philadelphia, for Dung Phat LLC.

Sharon Lee Suleta, Esq., for City of Philadelphia and Philadelphia Zoning Board of Adjustment.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, STEVENS, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENT-LY GRANTED.**